IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CV-268-FL

| | | |
|---|---|---|
| S. DOUGLAS TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to remand (DE # 48). Pursuant to such motion and for good cause shown, the court hereby GRANTS defendant's motion, VACATES the final order of TRICARE in this matter, and REMANDS to the agency for further proceedings. The agency has sixty (60) days from the date of this order to issue a new final order pursuant to 32 C.F.R. § 199.10. Within fourteen (14) days of such final agency order, the parties are instructed to file a notice of decision and joint status report with this court. This court further reminds defendant of its November 26, 2012, order, which provides additional guidance to the agency. All other pending motions in this case are DISMISSED as moot, without prejudice.[1] Subsequent to the issuance of a new final order from the agency, the parties are invited to renew any matters still pending pursuant to the local rules.

SO ORDERED, this the 18th day of January, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Currently pending and dismissed pursuant to this order are plaintiff's November 18, 2012, motion to amend (DE # 47), and the December 17, 2012, motions for extension of time filed by Health Net and defendant (DE ## 50, 51).