UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| S. DOUGLAS TAYLOR, MD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 7:11-CV-268-FL |
| UNITED STATES OF AMERICA and ) | |
| HEALTH NET FEDERAL SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss the amended complaint and the second amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered November 26, 2012 and March 19, 2014, and for the reasons set forth more specifically therein, that all claims arising in this case are dismissed.

**This Judgment Filed and Entered on March 19, 2014, and Copies To:**
Jeffrey S. Miller (via CM/ECF Notice of Electronic Filing)
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)
Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)
James Richard Holland (via CM/ECF Notice of Electronic Filing)

March 19, 2014            JULIE A. RICHARDS, CLERK
                                         /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk